AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

YVETTE INGRAM GARCIA,

    Plaintiff,

v.

SAVANNAH COLLEGE OF ART AND DESIGN,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-320

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated June 3, 2022, Plaintiff's Complaint is dismissed without prejudice for failure to exhaust her administrative remedies and failure to prosecute. The Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

June 9, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020